Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| COBBLER NEVADA, LLC,<br><br>          Plaintiff,<br><br>    v.<br><br>DOES 1-32,<br><br>          Defendants. | Civil Action No. 15-cv-1432TSZ<br><br>VOLUNTARY DISMISSAL OF DOE 8 |

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff hereby dismisses its claims against the noted Doe Defendant.

          s/ David A. Lowe, WSBA No. 24,453
          Lowe@LoweGrahamJones.com
          LOWE GRAHAM JONES<sup>PLLC</sup>
          701 Fifth Avenue, Suite 4800
          Seattle, WA 98104
          T: 206.381.3300
          F: 206.381.3301

*Attorneys for Plaintiff*

VOLUNTARY DISMISSAL OF DOE - 1
Civil Action No. 15-cv-1432TSZJ
INIP-6-0027P15 VDMISS - Doe 8



LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301