UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COBBLER NEVADA, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SPENCER BUCKMAN,<br><br>    Defendant. | C15-1432 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

 (1) Plaintiff is DIRECTED to serve a copy of the pending motion for default judgment, docket no. 99, and all papers filed in support thereof, on defendant Spencer Buckman and file proof of such service with the Court on or before May 4, 2017. Though the Court has stricken Mr. Buckman's answer, he has personally appeared, Notice of Appearance, docket no. 40, and thus, must be served with written notice of the application for default judgment at his address of record. *See* Fed. R. Civ. P. 55(b)(2); Local Civil Rule 55(b)(4). Plaintiff's motion for default judgment is RENOTED to May 19, 2017.

 (2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 28th day of April, 2017.

               William M. McCool
               Clerk

               s/Karen Dews
               Deputy Clerk

MINUTE ORDER - 1